M. Caleb Meyer, Esq. (Nevada Bar No. 13379)
Renee Finch, Esq. (Nevada Bar No. 13118)
**MESSNER REEVES, LLP**
9845 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone:  (702) 363-5100
Facsimile: (702) 363-5101
E-mail: rfinch@messner.com
         cmeyer@messner.com
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GAYNOR M. IWATSURI, ALEXANDER OLIVER, ANDRE OLIVER and BRENDON OLIVER,<br><br>    Plaintiffs,<br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, An Illinois Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Case No.  2:21-cv-01283<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE FOR PLAINTIFFS ALEXANDER OLIVER, BRENDON OLIVER AND ANDRE OLIVER ONLY**<br><br>ECF No. 51 |

IT IS HEREBY STIPULATED by and between Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY through its counsel of record, M. CALEB MEYER, ESQ. and RENEE M. FINCH, ESQ. of MESSNER REEVES LLP, and Plaintiffs, ALEXANDER OLIVER, ANDRE OLIVER and BRENDON OLIVER, through their counsel of record, BROCK OHLSEN, ESQ. and ROBERT CURTIS, ESQ. of BROCK K. OHLSON, PLLC, that all claims against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY arising out of Case

*OLIVERS et al v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY*
2:20-cv-01283
*SAO for Dismissal with Prejudice*

No. 2:21-cv-01283, be dismissed with prejudice in its entirety, with each of the parties to bear their own attorney's fees and costs.

The claims of Plaintiff GAYNOR IWATSURU still remain active.

DATED this  1st  day of May, 2023.                   DATED this  1st  day of May, 2023.

**MESSNER REEVES LLP**                              **BROCK K. OHLSON, PLLC**

 /s/ Renee M. Finch                                  /s/ Robert W. Curtis
_____                         _____
M. Caleb Meyer, Esq.                                 Brock K. Ohlson, Esq.
Nevada Bar No. 13379                                 Nevada Bar No. 12262
Renee M. Finch, Esq.                                 Robert W. Curtis, Esq.
Nevada Bar No. 13118                                 Nevada Bar No. 9317
8945 W. Russell Road Ste 300                         6060 Elton Avenue, Suite A
Las Vegas, Nevada 89148                              Las Vegas, NV 89107
*Attorneys for Defendant*                            *Attorneys for Plaintiffs*

## ORDER

Based on the parties' stipulation [ECF No. 51] and good cause appearing, IT IS HEREBY ORDERED that the claims by Plaintiffs ALEXANDER OLIVER, ANDRE OLIVER and BRENDON OLIVER ARE DISMISSED with prejudice, each side to bear its own fees and costs. Only the claims of Plaintiff Gaynor Iwatsuru proceed.

_____
U.S. District Judge Jennifer A. Dorsey
May 2, 2023