M. Caleb Meyer, Esq. (Nevada Bar No. 13379)
Renee Finch, Esq. (Nevada Bar No. 13118)
**MESSNER REEVES, LLP**
9845 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail: rfinch@messner.com
cmeyer@messner.com
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GAYNOR M. IWATSURI, ALEXANDER OLIVER, ANDRE OLIVER and BRENDON OLIVER,<br><br>Plaintiffs,<br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, An Illinois Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01283<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE FOR PLAINTIFF GAYNOR M. IWATSURI**<br><br>[ECF 64] |

IT IS HEREBY STIPULATED by and between STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY by and through its counsel of record M. CALEB MEYER, ESQ. and RENEE M. FINCH, ESQ. of MESSNER REEVES LLP, and Plaintiff GAYNOR M. IWATSURI through her counsel of record, BROCK K. OHLSON, ESQ. and JUSTIN A. CORNE, ESQ. of BROCK K. OHLSON, PLLC., that all claims against STATE FARM MUTUAL AUTOMOBILE

Page **1** of **2**

*IWATSURI v. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.*
*2:20-CV-01283*
*SAO for Dismissal with Prejudice*

INSURANCE COMPANY arising out of Case No. 2:21-cv-01283, be dismissed with prejudice in its entirety, with each of the parties to bear their own attorney's fees and costs.

DATED __27th__ day of December, 2023.  DATED __27th__ day of December, 2023.

MESSNER REEVES, LLP.  BROCK K. OHLSON, PLLC

/s/ Renee M. Finch

M. Caleb Meyer, Esq.  Brock K. Ohlson, Esq.
Nevada Bar No. 13379  Nevada Bar No. 12262
Renee M. Finch, Esq.  Justin Corne, Esq.
Nevada Bar No. 13118  Nevada Bar No. 14504
8945 W. Russell Rd., Ste. 300  6060 Elton Ave., Ste. A
Las Vegas, NV 89148  Las Vegas, NV 89107
*Attorneys for Defendant*  *Attorneys for Plaintiff*

### ORDER

Based on the stipulation **[ECF No. 64]** between remaining plaintiff Gaynor Iwatsuru and the defendant, and with good cause appearing, and because this stipulation disposes of all remaining claims and parties, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 27, 2023